IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNE SIMMS,<br><br>             Plaintiff,<br><br>     v.<br><br>FOAMIX PHARMACEUTICALS LTD., STANLEY HIRSCH, STANLEY STERN, REX BRIGHT, ANNA KAZANCHYAN, TONY BRUNO, DAVID DOMZALSKI, AARON SCHWARTZ, and SHARON BARBARI,<br><br>             Defendants. | Civil Action No. 1:19-cv-11529-VM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Susanne Simms hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 1, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*